IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN JACKSON,<br><br>  Plaintiff,<br><br>  v.<br><br>AVILA, et al.,<br><br>  Defendants. | No.  2:21-CV-1426-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for a settlement conference before the Hon. Jeremy D. Peterson on Jun 7, 2022.  On the Court's own motion, the 120-day stay of proceedings imposed on February 7, 2022, is extended through the date of the settlement conference.

IT IS SO ORDERED.

Dated: April 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1