Brody A. McBride (CA SBN 270852)
Brody McBride Law
2011 Palomar Airport Rd., Ste. 101
Carlsbad, CA 92011
(760) 253-1231
brody@brodymcbride.com

Trenton G. Lamere (CA SBN 272760)
122 Mascoutah Avenue
Belleville, Illinois 62220
(618) 539-2328
trenton@lamerelegal.com

Attorneys for Plaintiff Jordan Jackson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JORDAN JACKSON,<br><br>           Plaintiff,<br><br>      vs.<br><br>AVILA et al.,<br><br>           Defendants. | Case No. 2:21-CV-1426-DMC-P<br><br>**ORDER APPROVING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER** |

Having considered the parties' stipulated request to modify the current scheduling order (ECF No. 31), and good cause appearing therefor, the Court hereby approves the parties' stipulation.

Accordingly, the Court makes the following modifications to the current scheduling order:

| Event | Current Date | Requested Date |
|---|---|---|
| Discovery Cutoff | January 23, 2023 | April 24, 2023 |
| Discovery Motion Cutoff | March 24, 2023 | June 23, 2023 |

| Dispositive Motion Cutoff | April 23, 2023 | July 24, 2023 |

All other provisions of the Court's June 23, 2022, Order (ECF No. 28) remain in effect.

**IT IS SO ORDERED.**

**Dated:  December 9, 2022**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE