Brody A. McBride (CA SBN 270852)
Brody McBride Law
2011 Palomar Airport Rd., Ste. 101
Carlsbad, CA 92011
(760) 253-1231
brody@brodymcbride.com

Trenton G. Lamere (CA SBN 272760)
122 Mascoutah Avenue
Belleville, Illinois 62220
(618) 539-2328
trenton@lamerelegal.com

Attorneys for Plaintiff Jordan Jackson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JORDAN JACKSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AVILA et al.,<br><br>　　　　　Defendants. | Case No. 2:21-CV-1426-DMC<br><br>STIPULATION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES; ORDER |

1.  Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144, Plaintiff Jordan Jackson and Defendants Jorgen Avila, Todd A. Jones, and Alberto Escobar, through their respective counsel, stipulate to modifying the current scheduling order in this case as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Discovery Cutoff | April 24, 2023 | August 24, 2023 |
| Discovery Motion Cutoff | June 23, 2023 | October 25, 2023 |
| Dispositive Motion Cutoff | July 24, 2023 | November 23, 2023 |

2.  The parties do not stipulate to any other changes to any presently scheduled deadlines, hearing dates, or other dates. The settlement conference set before the Hon. Jeremy D. Peterson for May 9, 2023, remains on calendar.

1

3.	Good cause exists for this stipulation, because it would facilitate potential settlement of this case. Plaintiff initiated this case pro se, until retaining undersigned counsel who appeared in this case in November 2022. After that time, the parties have been actively engaged in discovery and good faith settlement negotiations. Written discovery is nearly complete through meet and confer efforts. However, all depositions in this case remain to be completed.

4.	After further settlement discussions and exchanges, the parties have agreed to attend a second settlement conference, presently set for May 9, 2023. (*See* ECF No. 33.) However, the current discovery cutoff is April 24, 2023. The parties believe the matter is likely to resolve at this upcoming settlement conference. The parties wish to avoid incurring the additional costs associated with taking multiple depositions prior to the settlement conference. Accordingly, this stipulation would allow the parties to focus their efforts on settlement and save the costs associated with multiple depositions, which may later prove to be moot.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  April 12, 2023

*s/Brody A. McBride*
Brody A. McBride, Esq.
Attorney for Plaintiff

Dated:  April 12, 2023

*s/Joshua S. Shuster*
Joshua S. Shuster
Attorney for Defendants

**IT IS SO ORDERED.**

Dated:  April 13, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE