IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORDAN JACKSON,** | Case No. 2:21-cv-01426-DMC (P) |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **AVILA, et al.,** | |
| Defendants. | |

For good cause shown, and pursuant to the stipulation of the parties, the Court hereby continues the settlement conference date from May 9, 2023 at 10:00 a.m. to June 14, 2023 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  April 25, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE